IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MERISSA A. HISH,

    Plaintiff,

v.

CHIQUOINE & MOLBERG, S.C.
and STEPHEN D. CHIQUOINE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-868-bbc

---

  An offer of judgment having been made and accepted pursuant to Fed. R. Civ. P. 68, judgment is entered as follows.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Merissa A. Hish and against defendants Chiquoine & Molberg, S.C. and Stephen D. Chiquoine, jointly and severally, in the amount of $5,000 together with attorneys' fees, litigation expenses and costs to be awarded by the court.

*/s/ Peter Oppeneer*
Peter Oppeneer, Clerk of Court

10/8/13
Date