IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MERISSA A. HISH,

        Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                     Case No. 12-cv-868-bbc

CHIQUOINE & MOLBERG, S.C.
and STEPHEN D. CHIQUOINE,

        Defendants.

---

     An offer of judgment having been made and accepted pursuant to Fed. R. Civ. P. 68, judgment is entered as follows.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Merissa A. Hish and against defendants Chiquoine & Molberg, S.C. and Stephen D. Chiquoine, jointly and severally, in the amount of $5,000 together with attorneys' fees, litigation expenses and costs to be awarded by the court.


*/s/*                                                       10/8/13

Peter Oppeneer, Clerk of Court                  Date